**Order entered March 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01166-CV

**GREGORY SCOTT CUNNINGHAM, Appellant**

**V.**

**BOBBY ANGLIN, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-02454-B**

## ORDER

We **GRANT** appellant's March 24, 2014 motion for an extension of time to file a reply

brief.  Appellant shall file his reply brief on or before March 31, 2014.


/s/    ADA BROWN
        JUSTICE